**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| L.W.,<br><br>    Plaintiff,<br><br>v.<br><br>JERSEY CITY BOARD OF EDUCATION,<br><br>    Defendant. | Civil Action No. 22-06483 (SDW)(MAH)<br><br>**WHEREAS OPINION**<br><br>November 9, 2022 |

**THIS MATTER** having come before this Court upon Plaintiff L.W.'s ("Plaintiff") filing of a Complaint, (D.E. 1), and an Application to Proceed in District Court Without Prepaying Fees or Costs, (D.E. 4); and

**WHEREAS** applications to proceed *in forma pauperis* are available to plaintiffs or petitioners in order to be excused from paying certain fees for district court proceedings, including those required to commence a civil action; and

**WHEREAS** Plaintiff's application to proceed without prepayment of fees and costs, indicates that: 1) her sources of income include $258.00 per month child support, $825.00 per month disability support, and $110.00 per month public assistance; 2) she has expenses totaling $915.00 per month; and 3) her assets include $25.00 in liquid funds, (D.E. 4-1 at 1–5); therefore

Plaintiff's application to proceed *in forma pauperis* is **GRANTED**. An appropriate order follows.

  /s/ Susan D. Wigenton  
**United States District Judge**

Orig: Clerk
cc: Michael A. Hammer, U.S.M.J.
    Parties